Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
Preston S. Mathews, Esq.
Nevada Bar No. 13720
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       cag@slwlaw.com
       psm@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiffs, <br><br> vs. <br><br> RHKIDS, LLC, a California Limited Liability Company; ELKHORN COMMUNITY ASSOCIATION, a Nevada non-profit corporation; STEPHEN DECAIROS BUDD, <br><br> Defendants. | CASE NO: 2:17-cv-00710-MMD-NJK <br><br> **STIPULATION AND ORDER TO DISMISS STEPHEN DECAIROS BUDD** |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff JPMorgan Chase Bank, N.A. ("Chase") and Defendant Stephen Decairos Budd ("Budd") (collectively, the "Parties"), through their counsel of record, stipulate as follows:

1. On March 9, 2017, Chase filed its complaint in this action, naming Budd as a necessary party.

1

2. Chase agrees to dismiss Budd without prejudice.

3. The Parties agree that Budd, although no longer a party to this case, shall be bound by any declaratory relief granted by the Court and will cooperate in the enforcement of any final declaratory judgment that this Court enters regarding quieting title and declaratory relief as between the remaining Defendants, Chase, and any other party, relating to their respective interests in property located at 8221 Hollister Avenue, Las Vegas, Nevada 89131, bearing Assessor's Parcel No. 125-16-414-014 (the "Property").

4. Budd's cooperation shall include, but is in no way limited to, any actions that may be required to unwind the sale.

5. Budd further agrees to respond in any third-party discovery that Chase may propound upon Budd after his dismissal in accordance with the Federal Rules of Civil Procedure as applied to non-parties.

Dated this 21st day of December, 2017.  Dated this 21st day of December, 2017.

SMITH LARSEN & WIXOM   KOCH & SCOW, LLC

/s/ *Preston S. Mathews*   /s/ *David R. Koch*
Kent F. Larsen, Esq.   David R. Koch, Esq.
Nevada Bar No. 3463   Nevada Bar No. 8830
Chet A. Glover, Esq.   Steven B. Scow, Esq.
Nevada Bar No. 10054   Nevada Bar No. 9906
Preston S. Mathews, Esq.   11500 S. Eastern Ave., Suite 210
Nevada Bar No. 13720   Henderson, NV 89052
1935 Village Center Circle   Attorneys for Defendant
Las Vegas, Nevada 89134   Stephen Decairos Budd
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

**ORDER**

Based on the above stipulation between Chase and Defendant Budd, and good cause appearing therefore,

IT IS ORDERED that Defendant Stephen Budd (and no other defendant) is dismissed from this litigation with prejudice.

IT IS FURTHER ORDERED that Budd shall be bound by and cooperate in the enforcement of any final declaratory judgment that this Court enters on the claims for quieting title and declaratory relief as between the remaining Defendants, Chase, and any other party, relating to their respective interests in the Property.

_____
UNITED STATES DISTRICT JUDGE

DATE: December 22, 2017