Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
Preston S. Mathews, Esq.
Nevada Bar No. 13720
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
cag@slwlaw.com
psm@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br>Plaintiff, <br><br>vs. <br><br>RHKIDS, LLC, a California Limited Liability Company; ELKHORN COMMUNITY ASSOCIATION, a Nevada non-profit corporation; STEPHEN DECAIROS BUDD, <br><br>Defendants. | CASE NO: 2:17-cv-00710-MMD-NJK <br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING RE: MOTION FOR SUMMARY JUDGMENT** <br><br>**(First Request)** |

Plaintiff JPMorgan Chase Bank, N.A. ("**Chase**"), Defendant RHKids, LLC ("**RHKids**"), and Defendant Elkhorn Community Association (the "**Association**"), by and through their respective counsel of record, stipulate and agree to extend the deadlines to submit briefs regarding Chase's Motion for Summary Judgment (the "**Motion**") (ECF No. 44) filed on December 29, 2017.

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

**IT IS HEREBY STIPULATED AND AGREED** that RHKids and the Association shall have up to, and including, February 2, 2018 to file a response to the Motion.

**IT IS FURTHER STIPULATED AND AGREED** that Chase shall have up to, and including, February 16, 2018 to file a reply in support of the Motion.

| SMITH LARSEN & WIXOM | BOYACK ORME & ANTHONY |
|---|---|
| Dated this 19th day of January, 2018. | Dated this 19th day of January, 2018. |
| /s/ *Chet A. Glover* | /s/ *Adam J. Breeden* |
| Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Chet A. Glover, Esq.<br>Nevada Bar No. 10054<br>Preston S. Mathews, Esq.<br>Nevada Bar No. 13720<br>Hills Center Business Park<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiff<br>JPMorgan Chase Bank, N.A. | Edward D. Boyack, Esq.<br>Nevada Bar No. 5229<br>Adam J. Breeden, Esq.<br>Nevada Bar No. 8768<br>7432 W. Sahara Ave., Suite 101<br>Las Vegas, Nevada 89117<br>Attorneys for Defendant<br>Elkhorn Community Association |
| HONG & HONG | |
| Dated this 19th day of January, 2018. | |
| /s/ *Joseph Y Hong*<br>Joseph Y. Hong, Esq.<br>Nevada Bar No. 5995<br>10781 W. Twain Ave.<br>Las Vegas, Nevada 89135<br>Attorneys for Defendant<br>RHKids, LLC | |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: January 22, 2018

2