Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
Preston S. Mathews, Esq.
Nevada Bar No. 13720
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       cag@slwlaw.com
       psm@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> RHKIDS, LLC, a California Limited Liability Company; ELKHORN COMMUNITY ASSOCIATION, a Nevada non-profit corporation; STEPHEN DECAIROS BUDD, <br><br> Defendants. | CASE NO: 2:17-cv-00710-MMD-NJK <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING RE: MOTION FOR SUMMARY JUDGMENT** <br><br> **(Second Request)** |

Plaintiff JPMorgan Chase Bank, N.A. ("**Chase**"), Defendant RHKids, LLC ("**RHKids**"), and Defendant Elkhorn Community Association (the "**Association**"), by and through their respective counsel of record, stipulate and agree to extend the deadlines to submit briefs regarding Chase's Motion for Summary Judgment (the "**Motion**") (ECF No. 44) filed on December 29, 2017.

1

Whereas, the parties have engaged in settlement discussions to potentially resolve this case, RHKids and the Association have requested additional time to complete settlement discussions before having to respond to the Motion.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that RHKids and the Association shall have up to, and including, March 2, 2018 to file a response to the Motion.

…

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

**IT IS FURTHER STIPULATED AND AGREED** that Chase shall have up to, and including, March 16, 2018 to file a reply in support of the Motion.

| SMITH LARSEN & WIXOM | BOYACK ORME & ANTHONY |
|---|---|
| Dated this 1st day of February, 2018. | Dated this 1st day of February, 2018. |
| /s/ Chet A. Glover<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Chet A. Glover, Esq.<br>Nevada Bar No. 10054<br>Preston S. Mathews, Esq.<br>Nevada Bar No. 13720<br>Hills Center Business Park<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Plaintiff<br>JPMorgan Chase Bank, N.A. | /s/ Edward D. Boyack<br>Edward D. Boyack, Esq.<br>Nevada Bar No. 5229<br>Adam J. Breeden, Esq.<br>Nevada Bar No. 8768<br>7432 W. Sahara Ave., Suite 101<br>Las Vegas, Nevada 89117<br>Attorneys for Defendant<br>Elkhorn Community Association |
| HONG & HONG | |
| Dated this 1st day of February, 2018. | |
| /s/ Joseph Y. Hong<br>Joseph Y. Hong, Esq.<br>Nevada Bar No. 5995<br>10781 W. Twain Ave.<br>Las Vegas, Nevada 89135<br>Attorneys for Defendant<br>RHKids, LLC | |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: February 2, 2018