Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
Preston S. Mathews, Esq.
Nevada Bar No. 13720
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
       cag@slwlaw.com
       psm@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> RHKIDS, LLC, a California Limited Liability Company; ELKHORN COMMUNITY ASSOCIATION, a Nevada non-profit corporation; STEPHEN DECAIROS BUDD, <br><br> Defendants. | CASE NO: 2:17-cv-00710-MMD-NJK <br><br> **STATUS REPORT AND REQUEST TO EXTEND STAY OF ENTIRE CASE AND PROPOSED ORDER THEREON** <br><br> **(Second Request)** |

Pursuant to the Court's minute order dated March 16, 2018, Plaintiff JPMorgan Chase Bank, N.A. ("**Chase**"), through its respective counsel of record, submits this status report and request as follows:

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

1. Chase, RHKids, and the Association have now reached a global settlement of this matter.[1] The Parties anticipate that it will take 60 days to finalize the settlement agreement, perform the material terms under the settlement agreement, and be in a position to dismiss this matter.

2. Given the resolution between the Parties, and to avoid wasting resources and incurring potentially unnecessary expense associated with litigation, the Parties agree, and Chase hereby requests[2], a stay of the entire case to give the Parties sufficient time and resources to finalize settlement.

…

…

…

…

…

…

…

…

…

…

…

…

…

---

[1] The Court will recall that at the time of the first request to stay entire case, the Association had not agreed to a settlement.

[2] Counsel for Chase submitted a joint report and stipulation and order to extend stay of entire case to counsel for RHKids and the Association and received no objection to same.

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 • (702) 252-5006

3. Chase requests this extension on behalf of the Parties in good faith and not for purposes of delay.

Dated this 21st day of June, 2018.

SMITH LARSEN & WIXOM

/s/ *Chet A. Glover*
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
Preston S. Mathews, Esq.
Nevada Bar No. 13720
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATE: June 26, 2018

3