Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
　　　　cag@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> RHKIDS, LLC, a California Limited Liability Company; ELKHORN COMMUNITY ASSOCIATION, a Nevada non-profit corporation; STEPHEN DECAIROS BUDD, <br><br> Defendants. | CASE NO: 2:17-cv-00710-MMD-NJK <br><br> **STIPULATION AND PROPOSED ORDER TO DISMISS ELKHORN COMMUNITY ASSOCIATION** |

Pursuant to LR IA 6-2 and LR 7-1, Plaintiff JPMorgan Chase Bank, N.A. ("**Chase**") and Defendant Elkhorn Community Association (the "**Association**"), by and through their respective counsel of record, stipulate and agree as follows:

…

…

…

…

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

1. Chase's claims against the Association in the above-captioned matter are dismissed with prejudice, each party to bear its own fees and costs.

2. In light of this stipulation, the appearance of counsel for the Association at the status check October 3, 2018 at 10:00 a.m. is not necessary. Other counsel should appear as ordered.

| Dated this 7th day of September, 2018. | Dated this 7th day of September, 2018. |
|---|---|
| SMITH LARSEN & WIXOM | BOYACK ORME & ANTHONY |
| */s/ Chet A. Glover* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> Chet A. Glover, Esq. <br> Nevada Bar No. 10054 <br> Preston S. Mathews, Esq. <br> Nevada Bar No. 13720 <br> Hills Center Business Park <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Attorneys for Plaintiff <br> JPMorgan Chase Bank, N.A. | */s/ Edward D. Boyack* <br> Edward D. Boyack, Esq. <br> Nevada Bar No. 5229 <br> Adam J. Breeden, Esq. <br> Nevada Bar No. 8768 <br> 7432 W. Sahara Ave., Suite 101 <br> Las Vegas, Nevada 89117 <br> Attorneys for Defendant <br> Elkhorn Community Association |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: September 10, 2018

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of September, 2018 a true copy of the foregoing **Stipulation and Proposed Order to Dismiss Elkhorn Community Association** was filed and served electronically via the Court's CM/ECF system to the following:

Edward D. Boyack, Esq.
Adam J. Breeden, Esq.
BOYACK ORME & ANTHONY
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
Attorney for Defendant
Elkhorn Community Association

Joseph Y. Hong, Esq.
HONG & HONG, APLC
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135-2958
Attorney for Defendant
RHKids, LLC

/s/ *Jana L. Rivard*
An employee of Smith Larsen & Wixom