Kent F. Larsen, Esq.
Nevada Bar No. 3463
Chet A. Glover, Esq.
Nevada Bar No. 10054
Preston S. Mathews, Esq.
Nevada Bar No. 13720
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
    cag@slwlaw.com
    psm@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> RHKIDS, LLC, a California Limited Liability Company; ELKHORN COMMUNITY ASSOCIATION, a Nevada non-profit corporation; STEPHEN DECAIROS BUDD, <br><br> Defendants. | CASE NO: 2:17-cv-00710-MMD-NJK <br><br> **STIPULATION AND ORDER TO DISMISS RHKIDS, LLC WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff JPMorgan Chase Bank, N.A. ("**Chase**") and Defendant RHKIDS, LLC (together with Chase, the "**Parties**"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Chase's claims against RHKIDS, LLC in the above-captioned matter are dismissed WITH PREJUDICE.

1

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

2. Chase and RHKIDS, LLC shall each bear their own respective attorney fees and costs, if any, incurred in this matter.

3. In light of this stipulation, the status check set for October 3, 2018 at 10:00 a.m is vacated.

| Dated this 19th day of September, 2018. | Dated this 19th day of September, 2018. |
|---|---|
| SMITH LARSEN & WIXOM | HONG & HONG |
| /s/ *Chet A. Glover* <br> Kent F. Larsen, Esq. <br> Nevada Bar No. 3463 <br> Chet A. Glover, Esq. <br> Nevada Bar No. 10054 <br> Preston S. Mathews, Esq. <br> Nevada Bar No. 13720 <br> Hills Center Business Park <br> 1935 Village Center Circle <br> Las Vegas, Nevada 89134 <br> Attorneys for Plaintiff <br> JPMorgan Chase Bank, N.A. | /s/ *Joseph Y. Hong* <br> Joseph Y. Hong, Esq. <br> Nevada Bar No. 5995 <br> 1980 Festival Plaza Dr., Suite 650 <br> Las Vegas, Nevada 89135 <br> Attorneys for Defendant <br> RHKIDS, LLC |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATE: September 19, 2018